1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ROBERT THOMPSON

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )   No. 1:07-cr-00307 OWW
                                        )
12              *Plaintiff,*            )   STIPULATION TO CONTINUE STATUS
                                        )   CONFERENCE AND RESET MOTION
13       v.                             )   BRIEFING SCHEDULE AND ORDER
                                        )   THEREON
14  ROBERT THOMPSON,                    )
                                        )   Date:  May 19, 2008
15              *Defendant.*            )   Time:  9:00 a.m.
                                        )   Judge: Hon. Oliver W. Wanger
16  _____)

17

18       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

19  SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and ERIC V.

20  KERSTEN, Assistant Federal Defender, counsel for Defendant Robert Thompson, that the date for status

21  conference in this matter may be continued to May 19, 2008.  It is also requested that a new motion

22  briefing schedule be ordered.  It is requested that motions may be filed by April 21, 2008; that any

23  response or opposition may be filed by May12, 2008; and that the status conference and hearing on

24  motions may be scheduled for May 19, 2008.  **The date currently set for status conference is March 10,**

25  **2008.  The requested new date is May 19, 2008.**

26       This continuance is requested to allow additional time for a defense examination of the computer

27  hard drive and for the filing of pretrial motions if necessary.

28  ////////

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and for the filing of pretrial motions and ruling thereon pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: March 5, 2008                       By /s/ Sherrill A. Carvalho
                                                SHERRILL A. CARVALHO
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: March 5, 2008                       By /s/ Eric V. Kersten
                                                ERIC V. KERSTEN
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                Robert Thompson

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   March 5, 2008**                    **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE