DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-00307 OWW |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date:  June 30, 2008 |
| ROBERT THOMPSON, | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant, Robert Thompson, that the date for status conference in this matter may be continued to June 30, 2008, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is May 19, 2008.  The requested new date is June 30, 2008.**

This continuance is requested to allow additional time to review and analyze a recently received forensic report, to conduct further investigation and discuss a possible resolution of the case.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: May 15, 2008                    By  /s/ Sherrill A. Carvalho
                                                   SHERRILL A. CARVALHO
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: May 15, 2008                    By  /s/ Eric V. Kersten
                                                   ERIC V. KERSTEN
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                              Robert Thompson

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 15, 2008**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE