DANIEL J. BRODERICK, Bar No. 89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-00307 OWW |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE; AND ORDER THEREON |
| v. | |
| ROBERT THOMPSON, | Judge:  Hon. Sandra M. Snyder |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SHERRILL A. CARVALHO, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Robert Thompson, that the conditions of pre-trial release for Mr. Thompson may be amended to allow Mr. Thompson to visit his mother, in the hospital, at times pre-approved by the Pretrial Services office.

It is further stipulated that Mr. Thompson shall ensure that no juveniles are present when he visits his mother and, if juveniles inadvertently arrive during any visit, Mr. Thompson shall immediately return to his residence and immediately advise the Pretrial Services office of the inadvertent contact.

The parties enter this stipulation based on the fact that Mr. Thompson's mother is hospitalized in Visalia and not expected to recover.  She is suffering from hepatitis C, cirrhosis of the liver and heart problems, and a tracheotomy has been preformed.

All other conditions of Mr. Thompson's pretrial release shall remain unchanged and in full force and effect.

DATED: August 25, 2008                    McGREGOR M. SCOTT
                                          United States Attorney


                                          /s/ Sherrill A. Carvalho
                                          SHERRILL A. CARVALHO
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


DATED: August 25, 20087                   DANIEL J. BRODERICK
                                          Federal Defender


                                          /s/ Eric V. Kersten
                                          ERIC V. KERSTEN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          Robert Thompson


O R D E R

**IT IS SO ORDERED.** Mr. Thompson may visit his mother, in the hospital, at times pre-approved by the Pretrial Services office.

IT IS SO ORDERED.

**Dated:   August 27, 2008**            /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE