BARBARA HOPE O'NEILL #102968
Attorney at Law
2014 Tulare Street, Suite 510
Fresno, California  93721
Telephone:  (559) 459-0655

Attorney for Robert Thompson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | 1: 07  CR  307  OWW |
|                                                         ) | |
|                                                         ) | STIPULATION TO CONTINUE |
|             Plaintiff,                          ) |    SENTENCING  AND ORDER |
|       vs.                                         ) | |
|                                                         ) | |
| Robert Thompson,                         ) | |
|                                                         ) | DATE: June 1, 2009   TIME:  9 am |
|             Defendant.                      ) | HON: Oliver W. Wanger |

   Barbara Hope O'Neill the attorney of record for Robert Thompson and Sheila K. Oberto, Assistant United States Attorney, have agreed to continue the sentencing date in this matter from June 1, 2009, until June 15, 2009, at 9 a.m.  Defense counsel has been in trial for a month and needs more time to file objections to the probation report.

Dated: May 27, 2009                              Respectfully submitted,

                                                                      /s/ Barbara Hope O'Neill
                                                                      Barbara Hope O'Neill

Dated: May 27, 200                                /s/ Sheila K. Oberto
                                                                      Sheila K. Oberto
                                                                      Assistant U.S. Attorney

ORDER

Upon stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the sentencing hearing presently set for June 1, 2009, at 9 a.m. is continued until June 15, 2009, at 9 a.m., to be heard before the Honorable Oliver W. Wanger.

Dated: June 1, 2009                    /s/OLIVER W. WANGER
                                       Honorable Oliver W. Wanger
                                       United States District Judge